[No. 7293–5–I. Division One. May 19, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DWAYNE EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 3591, Walter J. Deierlein, Jr., J., entered January 23, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and Durham–Divelbiss, J.

[No. 7345–1–I. Division One. May 19, 1980.]

*In the Matter of the Marriage of* HELEN D. ROOD, *Appellant, and* STANLEY D. ROOD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–110226, Barbara Durham, J., entered January 30, 1979. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Andersen and Dore, JJ.

[No. 7366–4–I. Division One. May 19, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD JOSEPH SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87641, David W. Soukup, J., entered January 15, 1979. *Dismissed* by unpublished opinion per Swanson, J., concurred in by James, A.C.J., and Andersen, J.